**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PATRICK COLLINS, INC.,**

    **Plaintiff(s),**

**v.**                                                          **CASE NO:  8:11-CV-570-T-30MAP**

**JOHN DOE 6,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal for Defendant John Doe 6 – Only (Dkt. #15).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida on October 13, 2011.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-570 dismiss 15.docx